UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 00-10077-WGY |
| | ) |
| JASON ZAWADZKI | ) |
| | ) |

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the defendant Jason Zawadzki.

Dated: October 1, 2004

Mark Stevens, Esquire
MA BBO # 641023
5 Manor Parkway
Salem, NH 03079
(603) 893-0074