UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 00-10077-WGY |
| ) | |
| JASON ZAWADZKI ) | |
| ) | |

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

The defendant, Jason Zawadzki, in the above-captioned case respectfully moves that the Court grant him leave to proceed in forma pauperis regarding his Motion under 28 U.S.C. § 2255.

The grounds for the motion are that Jason Zawadzki is indigent and incarcerated. Counsel was appointed for him under the Criminal Justice Act, 18 U.S.C. § 3006A in all prior proceedings in these matters, including appointed counsel in the District Court, on appeal in the United States Court of Appeals for the First Circuit and on his petition for a writ of certiorari in the United States Supreme Court.

Dated: October 1, 2004

Mark Stevens, Esquire
MA BBO # 641023
5 Manor Parkway
Salem, NH 03079
(603) 893-0074

1

## CERTIFICATE OF SERVICE

I, Mark Stevens, Attorney for defendant Jason Zawadzki, certify that a copy of the within pleadings were mailed by first class mail, postage prepaid to United States Attorney John T. McNeil, Esquire, United States Attorney's Office, John Joseph Moakley Courthouse, 1 Courthouse Way Boston, MA 02210 on October 1, 2004.

Mark Stevens, Esquire