UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-12114-WGY

ZAWADSKI
Plaintiff

v.

UNITED STATES
Defendant

ORDER OF DISMISSAL

YOUNG,C.J.

The Court Orders that Petition is Dismissed and the above entitled action be and hereby is Dismissed

Tony Anastas
Clerk

By: /s/ Elizabeth Smith
Deputy Clerk

November 4, 2004

Notice mailed to counsel of record.