UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 00-10077-WGY

JASON ZAWADZKI, )
    Petitioner )
     )
v. ) NOTICE OF APPEAL
     )
UNITED STATES, )
    Respondent )
     )

Notice is hereby given that the petitioner, Jason Zawadzki, by and through his attorney, Mark Stevens, Esquire, in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from this Honorable Court's final order of November 4, 2004 dismissing the petition in this case.

The petitioner respectfully requests leave for a period of thirty days to file an application for a certificate of appealability from this Honorable Court.

Respectfully submitted,
Jason Zawadzki, Petitioner,
By his attorney,

Dated: November 5, 2004

Mark Stevens, Esquire
MA BBO # 641023
LAW OFFICE OF MARK STEVENS
5 Manor Parkway
Salem, NH 03079
(603) 893-0074

## CERTIFICATE OF SERVICE

I, Mark Stevens, Attorney for defendant Jason Zawadzki, certify that a copy of the within pleadings were mailed by first class mail, postage prepaid to United States Attorney John T. McNeil, Esquire, United States Attorney's Office, John Joseph Moakley Courthouse, 1 Courthouse Way, Boston, MA 02210 on November 5, 2004.

_____
Mark Stevens, Esquire