# United States Court of Appeals
## For the First Circuit

No. 04-2600
DC No. 04-cv-12114-WGY

JASON ZAWADZKI,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

**ORDER OF COURT**
**Entered: January 31, 2005**

    This court has docketed petitioner's appeal from the denial of his petition for relief pursuant to 28 U.S.C. § 2255 in civil action no. 04-12114-WGY (D. Mass.). On January 5, 2005, the district court entered an electronic order stating that a certificate of appealability is to issue. Pursuant to Local Rule 22.1, "[i]f the district court grants a certificate of appealability, it must state which issue or issues satisfy the standard set forth in 28 U.S.C. §2253(c)(2)."

    We now transmit copies of petitioner's notice of appeal to the district court and request that it specify as to which issue(s) the certificate was granted. See Local Rule 22.1(b). Copies of the district court's ruling shall be forwarded to this court.

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER
By: _____
Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: M. [signature]    Date: 1/31/05

[Certified copy: District Court Judge William G. Young and Clerk, USDC]

[cc: John T. McNeil, AUSA, Dina Michael Chaitowitz, AUSA, Mark Stevens, Esq.]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-12114

CRIMINAL NO. 00-10077-WGY

JASON ZAWADZKI, )
    Petitioner )
     )
v. ) NOTICE OF APPEAL
     )
UNITED STATES, )
    Respondent )

Notice is hereby given that the petitioner, Jason Zawadzki, by and through his attorney, Mark Stevens, Esquire, in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from this Honorable Court's final order of November 4, 2004 dismissing the petition in this case.

The petitioner respectfully requests leave for a period of thirty days to file an application for a certificate of appealability from this Honorable Court.

Respectfully submitted,
Jason Zawadzki, Petitioner,
By his attorney,

Dated: November 5, 2004

Mark Stevens, Esquire
MA BBO # 641023
LAW OFFICE OF MARK STEVENS
5 Manor Parkway
Salem, NH 03079
(603) 893-0074

## CERTIFICATE OF SERVICE

I, Mark Stevens, Attorney for defendant Jason Zawadzki, certify that a copy of the within pleadings were mailed by first class mail, postage prepaid to United States Attorney John T. McNeil, Esquire, United States Attorney's Office, John Joseph Moakley Courthouse, 1 Courthouse Way, Boston, MA 02210 on November 5, 2004.

_____
Mark Stevens, Esquire