# United States Court of Appeals
## For the First Circuit

No. 04-2600

JASON ZAWADZKI,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

JUDGMENT

Entered: September 28, 2005

The Government's Motion for Summary Disposition is granted. Blakely v. Washington, 124 S.Ct. 2531 (2004) and United States v. Booker, 125 S.Ct. 738 (2005) do not, at this time, apply retroactively to cases on collateral review. See Cirilo-Munoz v. United States, 404 F.3d 527, 533 (1st Cir. 2005); see also United States v. Fraser, 407 F.3d 9, 11 (1st Cir. 2005). Affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____MARGARET CARTER_____
    Chief Deputy Clerk.

[cc: John T. McNeil, Esq., Dina Michael Chaitowitz, Esq. and Mark L. Stevens, Esq.]