**MANDATE**

04-12114
USDC/MA
Judge Young

# United States Court of Appeals
## For the First Circuit

No. 04-2600

JASON ZAWADZKI,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

Before

Boudin, *Chief Judge*,
Stahl, *Senior Circuit Judge*,
and Lynch, *Circuit Judge*.

JUDGMENT

Entered: September 28, 2005

The Government's Motion for Summary Disposition is *granted*. *Blakely v. Washington*, 124 S.Ct. 2531 (2004) and *United States v. Booker*, 125 S.Ct. 738 (2005) do not, at this time, apply retroactively to cases on collateral review. See *Cirilo-Munoz v. United States*, 404 F.3d 527, 533 (1st Cir. 2005); see also *United States v. Fraser*, 407 F.3d 9, 11 (1st Cir. 2005). *Affirmed*.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

/s/ Susan Pedram
Deputy Clerk

Date: 11-22-05

MARGARET CARTER

By: _____

Chief Deputy Clerk.

[cc: John T. McNeil, Esq., Dina Michael Chaitowitz, Esq. and Mark L. Stevens, Esq.]

Case 1:04-cv-12114-WGY   Document 15   Filed 11/30/2005   Page 2 of 2